```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **ARNOLD J. HARRIS,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:15-CV-00186 |
| | : | |
| vs. | : | |
| | : | |
| **KEVIN KOLLMAN, et al.,** | : | (Judge Kane) |
| | : | |
| Defendants | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Harris's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

2. Defendants' dispositive motions (Docs. 20 & 28) are deemed unopposed and **GRANTED**

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

```
                            S/ Yvette Kane
                            Yvette Kane
                            United States District Judge
```

Date: January 8, 2016