```
                UNITED STATES DISTRICT COURT
                         FOR THE
                 MIDDLE DISTRICT OF PENNSYLVANIA

ARNOLD J. HARRIS,             :
                              :
        Plaintiff             :    CIVIL NO. 1:15-CV-00186
                              :
    vs.                       :
                              :
KEVIN KOLLMAN, et al.,        :    (Judge Kane)
                              :
        Defendants            :
```

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Harris's motion entitled "Motion of Plaintiff Arnold J. Harris for Permission to File a Brief In Support of His Motion to Dismiss Defendants Summary Judgement" (sic) (Doc. No. 39) is **DENIED**.

```
                        s/ Yvette Kane
                     Yvette Kane
                     United States District Judge
```

Date: May 13, 2016